UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elisabeth J. Detelder-Collins, et al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Wachovia Mortgage FSB, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 5:09-cv-01574-JLQ <br><br> ORDER TO SHOW CAUSE RE: <br> JUDGMENT OF DISMISSAL <br> WITH PREJUDICE |

Plaintiffs initiated this action seeking to enjoin the Defendant from foreclosing on certain real property allegedly owned by the Plaintiffs. On October 5, 2009 Plaintiffs' Motion For Preliminary Injunction was Denied by the court and the Defendant's Motion To Dismiss the Complaint (C.R. 6) was Granted by Minute Order (C.R. 21). However, judgment of dismissal has not been entered. This case was subsequently reassigned to the undersigned.

On Thursday, March 18, 2010 at 11:45 a.m. the court will hear from the Plaintiffs and counsel for the Defendant as to why judgment of dismissal should not be entered as a result of the court's prior Order granting the Defendant's Motion To Dismiss. A judgment of dismissal will allow the Plaintiffs to file any appeal they wish to pursue.

The Clerk shall enter this Order and furnish copies to counsel and to the Plaintiffs.

Dated this 26th day of February, 2010.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1